```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
```

---------------------------------

UNITED STATES OF AMERICA

-vs-

~~Daniel~~ Cundiff
*Danielle*

---------------------------------

ORDER OF REFERRAL

CR-05-583 (ARR)

The defendant, <u>Daniel Cundiff</u>, having asked for permission to enter a plea of guilty, and having consented to have a United States Magistrate Judge hear the application, the matter is referred to Magistrate Judge <u>Levy</u> to administer the allocution pursuant to F.R.Crim.P. Rule 11, and make a finding as to whether the plea is knowingly and voluntarily made and to make a recommendation as to whether the plea of guilty should be accepted.

I would appreciate it if the Magistrate Judge would use the allocution that I use in taking a guilty plea.

SO ORDERED:

AUSA: /s/ _____

UNITED STATES DISTRICT JUDGE

DEFT: /s/ _____
DEFENSE COUNSEL: /s/ _____

Dated: Brooklyn, New York
Aug. 2, 2005

8/2/05